UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-three,

Alexander Norris, DBA Webcomic Name,

    Plaintiff-Counter-Defendant - Appellee,

v.

Golden Bell Studios, LLC, Marc Goldner, individually, as officer of Golden Bell Entertainment, LLC, a California company, as officer of Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a California company,

    Defendants-Counter-Claimants - Appellants.

**ORDER**
Docket Number: 23-1324

A notice of appeal was filed on September 22, 2023. Appellant's Form D was due October 6, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 2, 2023 if the Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

